[No. 40595-1-I.    Division One.    May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY J. BRUNNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-07338-7, Anthony P. Wartnik, J., entered April 2, 1997. *Dismissed* by unpublished per curiam opinion.


[No. 40715-5-I.    Division One.    May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. A.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-08935-6, Anthony P. Wartnik, J., entered May 9, 1997. *Dismissed* by unpublished per curiam opinion.


[No. 40768-6-I.    Division One.    May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN WILLIAM ORTEGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-01310-2, Charles V. Johnson, J., entered May 21, 1997. *Dismissed* by unpublished per curiam opinion.


[No. 41055-5-I.    Division One.    May 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO GONZALEZ SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00462-1, Donald D. Haley, J., entered July 14, 1997. *Reversed* by unpublished per curiam opinion.